IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

WILMER ANTONY MENDOZA PEREZ, et. al.,

    Defendants.

Criminal Action No.
23-00033-01/04-CR-W-SRB

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One (All Defendants) – Conspiracy to Distribute Cocaine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846;

Count Two (All Defendants) – Possession of Cocaine with Intent to Distribute, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and

Count Three (Defendants Nieto-Acosta & Acosta-Bermejo) – Possession of Firearms in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i).

**TRIAL COUNSEL**:
    Government:   Robert Smith & John Constance
        Case Agent:    DEA Task Force Officer Martin Dye
    Defendant Mendoza-Perez: Angela Williams
    Defendant Nieto-Acosta: Jane Francis
    Defendant Acosta-Bermejo: Casey Meek
    Defendant Anguiana-Viera: Matthew Merryman; Nicholas Bates will assist

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:

Defendant Nieto-Acosta will file a motion in limine regarding his immigration status.

Defendant Anguiana-Viera will file motions in limine.

**TRIAL WITNESSES**:
    Government:   6-8 witnesses, with or without stipulations

    Defendant Mendoza-Perez:   no witnesses; Defendant will not testify

    Defendant Nieto-Acosta:   1 witness, including Defendant who may testify

    Defendant Acosta-Bermejo:   1 witness, including Defendant who may testify

    Defendant Anguiana-Viera:   2 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:   < 100 exhibits
    Defendant Mendoza-Perez:   no additional exhibits
    Defendant Nieto-Acosta:   no additional exhibits
    Defendant Acosta-Bermejo:   no additional exhibits
    Defendant Anguiana-Viera:   6 exhibits

**DEFENSES**:
Defendant Mendoza-Perez:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

Defendant Nieto-Acosta:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

Defendant Acosta-Bermejo:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

Defendant Anguiana-Viera:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
Defendant Mendoza-Perez:
    (  ) Definitely for trial          (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out
Defendant Nieto-Acosta:
    ( x ) Definitely for trial         (  ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out
Defendant Acosta-Bermejo:
    (  ) Definitely for trial          (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out
Defendant Anguiana-Viera:
    ( x ) Definitely for trial         (  ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **3-4 days**
    Government's case including jury selection: 2-3 days
    Defendant Mendoza-Perez: ½ day
    Defendant Nieto-Acosta: ½ day
    Defendant Acosta-Bermejo: ½ day
    Defendant Anguiana-Viera: ½ day

**STIPULATIONS**:
Defendant Mendoza-Perez:
- ( ) not likely
- ( ) not appropriate
- (x) likely as to:
    - ( ) chain of custody
    - (x) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( ) other: _____

Defendant Nieto-Acosta:
- ( ) not likely
- ( ) not appropriate
- (x) likely as to:
    - ( ) chain of custody
    - (x) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( ) other: _____

Defendant Acosta-Bermejo:
- ( ) not likely
- ( ) not appropriate
- (x) likely as to:
    - ( ) chain of custody
    - (x) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( ) other: _____

Defendant Anguiana-Viera:
- ( ) not likely
- ( ) not appropriate
- (x) likely as to:
    - ( ) chain of custody
    - (x) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: November 20, 2023
Defense: November 20, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 20, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 20, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing December 4, 2023
**Please note**:

*The Government requests the second week of the docket, due to the unavailability of an essential witness (whose testimony will likely take more than ½ day) on December 5th and 6th.*

*Angela Williams, counsel for Defendant Mendoza-Perez, has another case on the December docket: United States v. Ahmad Rashad Rhodes, 23-00068-01-CR-W-HFS.*

*Jane Francis, counsel for Defendant Nieto-Acosta, has a client testifying in a District of Kansas case during the second week of the docket.*

**OTHER**:
( x ) A Spanish-speaking interpreter is required.
(   ) Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge